IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

___

ORDER EXTENDING TIME TO EFFECT SERVICE
___

    After review of plaintiff's Status Report and Request for Additional Time to Effect Service, filed March 28, 2012 [6], it is

    ORDERED that plaintiff's request for additional time to effect service is granted to and including April 12, 2012 (14 days).

    DATED: March 29th, 2012

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge