IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03341- RPM

LEVETTE KYEREMEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

The Scheduling Order as submitted by the parties and signed by this Court on August 23, 2012 is hereby amended with regard to Section 6, Computation of Damages. Computation of Damages as set forth by Plaintiff in Plaintiff's 1st Supplemental Disclosure on August 23, 2012 is incorporated into this Order and is listed as follows:

### 5. COMPUTATION OF DAMAGES

| | |
|---|---|
| Denver Health Medical Center | $ 2,833.26 |
| Exempla St. Joseph's Hospital | $ 1,627.80 |
| Colorado Permanente Bill – ER 6/15/11 | $ 300.00 |
|     BC Services Collection Fee on Colorado Permanente | $ 43.12 |
| JAMMA Health & Healing/Tracy Holmes, D.C. | $12,460.00 |
| PremierCare | $17,213.00 |
| HealthPoint : | $17,823.03 |
| Dr. Seefeldt/Aylesworth & Assoc. | $16,020.00 |
|     Interest on Aylesworth lien: | $ 2,295.00 |

Case 1:11-cv-03341-RPM-MJW   Document 16   Filed 08/30/12   USDC Colorado   Page 2 of 2

| | | |
|---|---|---|
| MedLawFunding Lien for Medical Providers: | | $26,372.00 |
| itemization, includes: | | |
| Health Images 8/13/10: | $ 1,548.00 | |
| Health Images 9/28/10: | $ 1,548.00 | |
| Paul Leo, M.D. (11/18/10, 12/3/10, 12/16/10, 1/27/11, 4/7/11): | $ 6,462.00 | |
| Aurora Surgery Center (12/3/10): | $ 5,812.00 | |
| J. Bradley Gibson, M.D. (4/27/11): | $ 500.00 | |
| Comprehensive Anesthesia (6/22/11): | $ 980.00 | |
| Denver Pain Management (6/22/11): | $ 3,550.00 | |
| Valley Surgical-Denver (6/22/11): | $ 5,972.00 | |

**TOTAL:** $96,987.21

Future medical expenses in an unknown amount.

Past lost income in the amount of $10,000.00.

Prejudgment interest.

Such costs and expenses as are allowed pursuant to law.

DATED this 30th day of August, 2012

BY THE COURT:

Richard P. Matsch
Senior District Court Judge