IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.11-CV-3341- RPM

LEVETTE KYEREMEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court on Defendant's Unopposed Motion for Medical Examination (Doc. 17). For the reasons stated in Defendant's motion, the Court finds that good cause exists to require Plaintiff to undergo a physical examination in connection with her claims for compensatory damages in this case. Accordingly, Defendant's motion is granted. Plaintiff is ordered pursuant to Fed. R. Civ. P. 35(a) to submit to a medical examination as set forth in Defendant's motion.

    DATED: October 15, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch
                              United States Senior District Judge