IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

Amended ORDER STAYING DISCOVERY
_____

      Upon consideration of the Joint Motion to Stay Case and Reset Deadlines [23] filed today, it is

      ORDERED that discovery is stayed pending ruling on plaintiff's motion for summary judgment.

      Dated: January 7th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge