IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION
TO STAY EXPERT WITNESS DISCLOSURES**
_____

    Plaintiff's Unopposed Motion to Stay Expert Witness Disclosures [26] is granted. Expert Witness Disclosure deadlines in this lawsuit are stayed pending ruling on Plaintiff's Motion for Summary Judgment.

    DATED this 14th day of January, 2013.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Court Judge