**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          May 23, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,                                                              Keith E. Frankl

     Plaintiff,

v.

UNITED STATES OF AMERICA,                                                Mark S. Pestal

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Partial Summary Judgment**

**11:29 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

11:30 a.m.     Argument by Mr. Pestal.

**ORDERED:**     **Plaintiff's Motion for Partial Summary Judgment [28], is granted. Notice of claim sent by attorney Frankl on July 11, 2011, Plaintiff's Exhibit 4, is the valid notice of claim in the sum of $1,300,000.00.**

Discussion regarding scheduling.

**ORDERED:**     **Plaintiff's expert disclosures due July 15, 2013.
Defendant's rebuttal expert disclosures due August 15, 2013.
Trial to Court set October 7, 2013.
Pretrial conference set September 20, 2013 at 3:00 p.m.**

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**11:39 a.m.**     **Court in recess.**     Hearing concluded. Total time: 10 min.