IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE

---

     Pursuant to the hearing today, it is

     ORDERED that this matter is set for trial to the Court on **October 7, 2013, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

     FURTHER ORDERED that a pretrial conference is scheduled for **September 20, 2013, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **September 13, 2013.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

Dated: May 23rd, 2013

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior District Judge