**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    September 6, 2013
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,                                    Keith E. Frankl

     Plaintiff,
v.

UNITED STATES OF AMERICA,                            Edwin Winstead
                                                     Susan Prose
     Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Continue Trial**

**9:59 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Frankl answers questions regarding treatment providers Dr. Ramos and Dr. Gibson and plaintiff's injuries, current treatments and employment (not currently employed).

Mr. Frankl states plaintiff is claiming loss of earnings and earnings capacity.

Argument by Mr. Winstead.

Court instructs Mr. Frankl to ascertain when Dr. Ramos returns from vacation.

**ORDERED:    Motion to Allow Preservation Deposition J. Bradley Gibson, M.D. [45], is granted and that deposition shall be taken within the scope stated on record.**

**10:19 a.m.       Court in recess.**
**10:39 a.m.       Court in session.**

Statements by Mr. Frankl.

**ORDERED:    Motion to Continue Trial [43], is denied.**

Statements by Mr. Winstead.

**ORDERED:    Discovery deposition of Joseph Ramos, M.D. shall proceed as scheduled.**

**10:44 a.m.       Court in recess.**   Hearing concluded.  Total time: 25 min.