IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

On September 30, 2013, this Court entered an order granting defendant's motion to vacate the October 7, 2013, trial date. It is now

ORDERED that this matter is rescheduled for trial to the Court on **April 7, 2014, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated:   November 19th, 2013

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____
                                         Richard P. Matsch, Senior District Judge