# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    April 10, 2014
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,                                    Keith E. Frankl

         Plaintiff,

v.

UNITED STATES OF AMERICA,                            Edwin Winstead
                                                     J. Chris Larson

         Defendant.

_____

## COURTROOM MINUTES
_____

**Trial to Court Day Four**

**9:08 a.m.**          **Court in session.**

Plaintiff and defendant's client representative Billy Rodgers present.

9:09 a.m.          Plaintiff's closing argument by Mr. Frankl.
9:35 a.m.          Defendant's closing argument by Mr. Larson.
9:57 a.m.          Rebuttal argument by Mr. Frankl.

**Court's observation as stated on the record.**

**ORDERED:**       **Matter stands submitted and is taken under advisement.**
                   **Exhibits and depositions retained.**

                   **Unopposed Motion to Update Defendant's Witness List and Exhibit List with**
                   **Rebuttal Evidence [70], was resolved during the course of the trial.**

                   **Unopposed Motion to Amend Plaintiff's Exhibit List** [71]**, was resolved during the**
                   **course of the trial.**

                   **Plaintiff's Correction of Proposed Order To Unopposed Motion to Amend**
                   **Plaintiffs' Exhibit List [72], was resolved during the course of the trial.**

**10:05 a.m.**         **Court in recess.**

**Clerk's Note:**  Clerk's record of Plaintiff's and Defendant's Exhibits attached.

Trial continued.  Total time: 57 min.