IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03341-RPM

LEVETTE KYEREMEH,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.

---

## JUDGMENT

---

    Pursuant to the Findings, Conclusions, and Order for Judgment entered by Senior District Judge Richard P. Matsch on June 5, 2014, it is

    ORDERED AND ADJUDGED that judgment is entered for the Plaintiff Levette Kyeremeh and against Defendant United States of America in the sum of $396,351.17, together with post-judgment interest to accrue at the current legal rate of 0.10% per annum, and costs upon the filing of a bill of costs within 14 days.

    DATED: June 5, 2014

                      FOR THE COURT:

                      JEFFREY P. COLWELL, Clerk

                          s/M. V. Wentz

                      By_____
                                Deputy